# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>    Defendant. | No. 1:23-cv-01335 (APM) |

## STIPULATION OF DISMISSAL

Plaintiff Empower Oversight Whistleblowers & Research and Defendant U.S. Securities and Exchange Commission hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice. The parties will bear their own fees, costs, and attorneys' fees, except as provided in the settlement agreement executed by the parties.

Dated:   March 27, 2024

/s/ *Brian J. Field*
Brian J. Field
D.C. Bar No. 985577
Schaerr Jaffe LLP
1717 K Street NW
Suite 900
Washington, D.C. 20006
Tel.: (202) 787-1060
E-mail: bfield@schaerr-jaffe.com

*Counsel for Plaintiff Empower Oversight Whistleblowers & Research*

Respectfully submitted,

/s/ *Alexandra Verdi*
Alexandra Verdi
NY Reg. No. 5480934
Office of the General Counsel
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
Telephone: (202) 551-5057
Fax: (202) 772-9263
verdim@sec.gov

*Counsel for Defendant*
*U.S. Securities and Exchange Commission*